IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROLLAND WRIGHT,<br>　*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Case No. 3:26-CV-25-X-BK |
| FNU LNU,<br>　*Defendant.* | §<br>§<br>§ | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

**SO ORDERED** this 23rd day of March, 2026.

_____
Brantley Starr
UNITED STATES DISTRICT JUDGE